MARIANNE C. ROSSI, ESQ. (SBN: 117377)
LAW OFFICES OF MARIANNE C. ROSSI
702 Marshall St., Suite 500
Redwood City, CA 94063
(650) 364-7034

Attorney for Defendant

**FILED**

OCT 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

UNITED STATES OF AMERICA
~~PEOPLE OF THE STATE OF CALIFORNIA~~,

    Plaintiff,

vs.

ANGELO GARY TRENGALI,

    Defendant.
_____/

CASE NO. CR-05-00610-DLJ

ORDER AUTHORIZING TRAVEL

GOOD CAUSE APPEARING, based on the application of the Defendant, ANGELO GARY TRENGALI, and Stipulation by the Office of the U.S. Attorney, Ausa Fenrick made in open court on October 13, 2005,

IT IS HEREBY ORDERED that:

ANGELO GARY TRENGALI shall be authorized to travel to Las Vegas, Nevada for the period November 16 through November 21, 2005.

Dated: 10/26/05

MAGISTRATE JUDGE WAYNE D. BRAZIL

Order Authorizing Travel

cc: WDB's Stats, Copy to parties via ECF, Financial, Pretrial, Frances