```
UNITED STATES OF AMERICA,        )
                                 )    FILED
              Plaintiff,         )    APR 05 2006
                                 )
       v.                        )    RICHARD W. WIEKING
                                 )    CLERK, U.S. DISTRICT COURT
ANGELO TRENGALI,                 )    NORTHERN DISTRICT OF CALIFORNIA
                                 )    No. CR-05-00610-DLJ
              Defendant.         )
                                 )    ORDER
_____)
```

On March 3 and March 24, 2006, the Court heard evidence on Defendant's Motion to Suppress. Alicia W. Fenrick appeared on behalf of the Government; Marianne C. Rossi appeared for the Defendant. Having considered the arguments of counsel, the papers submitted, the applicable law, and the record in this case, the Court hereby DENIES the Defendant's Motion to Suppress. An Order setting forth the Court's factual findings and reasoning will follow.

The parties are to appear for a status conference on April 7, 2006 at 11 a.m.

IT IS SO ORDERED

Dated:   April 5, 2006

_____
D. Lowell Jensen
United States District Judge