~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **FILED**<br>JUL 1 8 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | **RE:** | Angelo Trengali |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | | **DOCKET NO.:** | CR 05-0610 DLJ |
| **DATE:** | July 17, 2006 | | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Paul Mamaril | 510-637-3757 |
|---|---|
| U.S. PRETRIAL SERVICES OFFICER | TELEPHONE NUMBER |

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. **4** on **FRIDAY, 7/21/06** at **10:00 am**.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_Wayne D. Brazil_      7-18-06
JUDICIAL OFFICER      DATE

Copy of face sheet to Parties via ECF
cc: Judge's stats, Pretrial, Frances, Financial

Cover Sheet (12/03/02)