| | |
|---|---|
| 1<br>2<br>3<br>4 | MARIANNE C. ROSSI, ESQ. (SBN: 117377)<br>LAW OFFICES OF MARIANNE C. ROSSI<br>702 Marshall St., Suite 500<br>Redwood City, CA 94063<br>(650) 364-7034 |

**FILED**

AUG 1 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorney for
ANGELO TRENGALI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR-05-00610-DLJ |
| | ) | |
| Plaintiff | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCING DATE |
| | ) | |
| ANGELO GARY TRENGALI, | ) | |
| | ) | Judge: D. L. Jensen |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |

The parties and their counsel of record, ANGELO TRENGALI, represented by Marianne C. Rossi, Esq., and UNITED STATES OF AMERICA, represented by Alicia Fenrick, Esq., have all agreed that the currently set Sentencing Hearing set for August 30, 2006 is moved up to August 25, 2006 at 10:00a.m. The probation Office has also been contacted and they have no objection to this continuance.

STIPULATION TO CONTINUE SENTENCING DATE

-1-

| | | |
|---|---|---|
| 1 | Dated: | /s/MARIANNE C. ROSSI |
| 2 | | Marianne C. Rossi, Attorney for Angelo Gary Trengali |
| 3 | | |
| 4 | Dated: | /s/ALICIA FENRICK |
| 5 | | Alicia Fenrick, Esq., Attorney for United States of America |

ORDER

IT IS SO ORDERED,

8-10-06

_____
HONORABLE JUDGE JENSEN

STIPULATION TO CONTINUE SENTENCING DATE

-2-